[No. 6391–7–III. Division Three. November 21, 1985.]

INABA PRODUCE FARMS, INC., ET AL, *Respondents,* v. PREMIER PRODUCE COMPANY, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–2–01353–5, Howard Hettinger, J., entered March 2, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 14541–0–I. Division One. November 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS LEE JENKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03825–0, William C. Goodloe, J., entered February 28, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Webster, J.

[No. 13381–1–I. Division One. November 25, 1985.]

*In the Matter of the Marriage of* JUDITH ANN SCHALKA, *Respondent, and* ROBERT LEROY SCHALKA, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–3–00925–7, John E. Rutter, Jr., J., entered May 24, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.